## THE STATE v. LUTHER ANDERSON, Appellant.

### Division Two, May 26, 1910.

NO BILL OF EXCEPTIONS. Where it appears from the record proper that defendant, after being found guilty of murder in the first degree and his punishment assessed at imprisonment for his natural life, and upon his taking an appeal, he was granted leave to file a bill of exceptions on or before a date named, and that, it appearing to the trial court he was without means and unable to pay for the transcript, it was ordered that a complete transcript be prepared at the cost of the State, yet no bill of exceptions was filed, the judgment must be affirmed, the information being good and sufficient, and all the proceedings leading up to and including the trial, verdict and sentence being regular in form.

Appeal from Audrain Circuit Court.—*Hon. Jas. D. Barnett,* Judge.

AFFIRMED.

*Elliott W. Major,* Attorney-General, and *Chas. G. Revelle,* Assistant Attorney-General, for the State.

(1)    The information charges with certainty the essential elements of the crime, and follows well-considered precedents in criminal pleading. State v. Kindred, 48 Mo. 279; State v. Rector, 126 Mo. 328; State v. Barrington, 198 Mo. 36.    (2) The record discloses that defendant was duly arraigned, a jury properly chosen and sworn, the cause tried according to orderly procedure, a verdict of guilty returned, and the defendant sentenced in pursuance thereof.    The record proper being in regular form, the judgment must be affirmed. State v. Miller, 209 Mo. 389; State v. Jackson, 209 Mo. 397; State v. Brown, 206 Mo. 718.

FOX, J.—Upon an information filed by the prosecuting attorney of Audrain county in the circuit court of said county, charging the defendant with murder in the first degree, the defendant was, on the 14th day of August, 1909, upon trial had, found guilty of the offense charged, and his punishment assessed by the jury at imprisonment in the penitentiary for the term of his natural life.

After unavailing motions for new trial and in arrest of judgment, sentence was pronounced in accordance with the verdict, and the judgment entered of record.    Thereupon defendant appealed.

It appears from the record that the defendant, upon taking an appeal, was granted leave by the court to file his bill of exceptions on or before October 1, 1909, and that, it appearing to the court that he was without means and unable to pay for the transcript, it was ordered that a complete transcript of the proceedings be prepared at the cost of the State.    Notwithstanding this, no bill of exceptions was filed, and the case is here on the record proper.

The information is good and sufficient, and all the

proceedings leading up to and including the trial, verdict and sentence, are in regular form. The judgment, therefore, is affirmed. All concur.